UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CIGNA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:23-cv-00093-RLW |
| | ) |
| AMY BRICKER and CVS PHARMACY, INC., | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR STIPULATED CONFIDENTIALITY ORDER**

Plaintiff Cigna Corporation and Defendants Amy Bricker and CVS Pharmacy, Inc., (collectively the "Parties"), by and through their respective undersigned counsel, jointly move this Court to enter a Stipulated Confidentiality Order governing the Parties' Expedited Discovery in the above captioned case. Counsel for Parties have agreed to the attached Proposed Stipulated Confidentiality Order.

Dated: March 2, 2023

Respectfully submitted,

| | |
|---|---|
| *Counsel for Ms. Bricker* | *Counsel for CVS Pharmacy, Inc.* |
| ARMSTRONG TEASDALE LLP | DOWD BENNETT LLP |
| | |
| By: /s/ *Jeffrey L. Schultz* | By: /s/ *John D. Comerford* |
| Jeffrey L. Schultz #56553MO | John D. Comerford #60164MO |
| 7700 Forsyth Blvd., Suite 1800 | 7676 Forsyth Blvd., Suite 1900 |
| St. Louis, Missouri 63105 | St. Louis, Missouri 63105 |
| (314) 259-4732 (phone) | (314) 889-7311 (phone) |
| (314) 621-5065 (fax) | (314) 863-2111 (facsimile) |
| jschultz@atllp.com | jcomerford@dowdbennett.com |
| | |
| VEDDER PRICE PC | FOLEY HOAG LLP |

| | |
|---|---|
| Nicholas Anaclerio (IL# 6187889)<br>Allison Czerniak (IL# 6319273)<br>222 North LaSalle Street, Suite 2600<br>Chicago, Illinois 60601-1003<br>(312) 609-7538 (Anaclerio phone)<br>(312) 609-7626 (Czerniak phone)<br>nanaclerio@vedderprice.com<br>aczerniak@vedderprice.com | Michael L. Rosen (BBO# 559954)<br>Emily J. Nash (BBO# 696460)<br>Matthew F. Casassa (BBO# 707012)<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1231 (Rosen phone)<br>(617) 832-3067 (Nash phone)<br>(617) 832-1116 (Casassa phone)<br>mrosen@foleyhoag.com<br>enash@foleyhoag.com<br>mcasassa@foleyhoag.com |
| *Counsel for Cigna Corporation*<br>HUSCH BLACKWELL LLP<br><br>By: */s/ Randall Thompson*<br>Randall Thompson #45581MO<br>Scott Meyers #68266MO<br>Elisa Sullivan #74858MO<br>190 Carondelet Plaza, Suite 600<br>St. Louis, Missouri 63105<br>(314) 345-6453<br>randall.thompson@huschblackwell.com<br>scott.meyers@huschblackwell.com<br>eli.sullivan@huschblackwell.com | Counsel for Cigna Corporation<br>FISHER PHILLIPS LLP<br><br>Risa Boerner (PA #76427)<br>Gabrielle Giombetti (PA #321118)<br>Two Logan Square, 12th Floor<br>100 N. 18th Street<br>Philadelphia, PA 19103<br>(610) 230-2150<br>rboerner@fisherphillips.com<br>ggiombetti@fisherphillips.com |