IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CIGNA CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMY BRICKER and CVS PHARMACY, INC.,<br><br>　　　　Defendants. | No. 4:23-cv-00093-RLW |

## NOTICE OF SERVICE

　　The undersigned, on behalf of Defendant Amy Bricker, hereby certifies that a true and correct copy of Defendant Amy Bricker's Memorandum Supporting Sealing and the attachments thereto (Amy Bricker's Closing Statement, Amy Bricker's Proposed Findings of Fact and Amy Bricker's Conclusions of Law, and Exhibit A to Proposed Findings of Fact and Conclusions of Law), ECF No. 161, was served via electronic mail to the counsel of record for Plaintiff, Cigna Corporation, on April 15, 2023.

Dated: April 21, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*Counsel for Ms. Bricker*
　　　　　　　　　　　　　　　　　　　ARMSTRONG TEASDALE LLP

　　　　　　　　　　　　　　　　　　　By: */s/ Jeffrey L. Schultz*
　　　　　　　　　　　　　　　　　　　William Ray Price, Jr. #29142MO
　　　　　　　　　　　　　　　　　　　Jeffrey L. Schultz #56553MO
　　　　　　　　　　　　　　　　　　　ARMSTRONG TEASDALE LLP
　　　　　　　　　　　　　　　　　　　7700 Forsyth Blvd., Suite 1800
　　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63105
　　　　　　　　　　　　　　　　　　　(314) 621-5070
　　　　　　　　　　　　　　　　　　　(314) 621-5065 (fax)
　　　　　　　　　　　　　　　　　　　wprice@atllop.com

jschultz@atllp.com

VEDDER PRICE PC

Nicholas Anaclerio (IL# 6187889)
*pro hac vice*
Allison Czerniak (IL# 6319273)
*pro hac vice*
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
(312) 609-7538 (Anaclerio phone)
(312) 609-7626 (Czerniak phone)
nanaclerio@vedderprice.com
aczerniak@vedderprice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2023 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

*/s/      Jeffrey L. Schultz*