IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CIGNA CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>AMY BRICKER and CVS PHARMACY, INC.,<br><br>   Defendants. | No. 4:23-cv-00093-RLW |

### DEFENDANT AMY BRICKER'S RULE 12(b)(6) <u>MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT</u>

Defendant Amy Bricker ("Ms. Bricker") moves this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiff Cigna Corporation's Third Amended Complaint. ECF No. 50. Specifically, Ms. Bricker moves this Court to dismiss Counts I (Breach of Contract), II (Misappropriation of Trade Secrets in violation of the Missouri Uniform Trade Secrets Act), III (Misappropriation of Trade Secrets in violation of the Defend Trade Secrets Act), V (Violation of the Computer Fraud and Abuse Act), VI (Common Law Unfair Competition), VII (Unjust Enrichment), and VIII (Conversion) for the reasons set forth in the accompanying Memorandum of Law in Support of Ms. Bricker's Rule 12(b)(6) Motion to Dismiss Plaintiff's Third Amended Complaint and supporting documents.

WHEREFORE, Defendant Amy Bricker respectfully requests that this Court grant the instant motion for the reasons stated in the accompanying Memorandum and dismiss Counts I, II, III, V, VI, VII and VIII of Plaintiff's Third Amended Complaint and for any such other and further relief as this Court deems just and proper.

Dated: May 1, 2023 

Respectfully submitted,

*Counsel for Ms. Bricker*
ARMSTRONG TEASDALE LLP

By: */s/ William Ray Price, Jr.*
William Ray Price, Jr. #29142MO
Jeffrey L. Schultz #56553MO
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621-5070
(314) 621-5065 (fax)
wprice@atllp.com
jschultz@atllp.com

VEDDER PRICE PC

Nicholas Anaclerio (IL# 6187889)
*pro hac vice*
Allison Czerniak (IL# 6319273)
*pro hac vice*
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
(312) 609-7538 (Anaclerio phone)
(312) 609-7626 (Czerniak phone)
nanaclerio@vedderprice.com
aczerniak@vedderprice.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

*/s/ William Ray Price, Jr.*