**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CIGNA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-CV-93 RLW |
| | ) | |
| AMY BRICKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PRELIMINARY INJUNCTION ORDER

For the reasons stated in the Court's Findings of Fact, Conclusions of Law, and Order of today's date and incorporated herein,

**IT IS HEREBY ORDERED** that pending final determination on the merits of this case, Defendant Amy Bricker is prohibited from directly or indirectly, alone or in concert with others:

(1) Providing any services to, or for, CVS Pharmacy, Inc., CVS Health Corporation, or any of its entities, or any other business or entity that is engaged in a business similar to, or that competes with, the business of Cigna Corporation, including specifically that Defendant Amy Bricker shall not accept the position of CVS Pharmacy, Inc.'s Executive Vice President, Retail;

(2) Providing services to, or for, CVS Pharmacy, Inc., CVS Health Corporation, or any of its entities, or any other business or entity that competes with the business of Cigna Corporation, that will likely result in the disclosure of Cigna Corporation's confidential information to such business or use Cigna Corporation's confidential information on behalf of such business, including specifically that Defendant Amy Bricker shall not accept the position of CVS Pharmacy, Inc.'s Executive Vice President, Retail;

(3) Divulging, revealing, or otherwise disclosing to CVS Pharmacy, Inc., CVS Health

Corporation or any of its entities, or any other person or entity, any trade secrets or

confidential information of Cigna Corporation.

**IT IS FURTHER ORDERED** that the Two Hundred Fifty Thousand Dollar ($250,000)

surety bond Cigna Corporation posted with the Clerk of Court on February 23, 2023, (ECF No.

66), shall remain as security pursuant to Fed. R. Civ. P. 65(c).


_Ronnie L. White_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**


Dated this _5th_ day of June, 2023.

2