IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CIGNA CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>AMY BRICKER and CVS PHARMACY, INC.,<br><br>        Defendants. | No. 4:23-cv-00093-RLW |

## NOTICE OF APPEAL

As permitted by 28 U.S.C. § 1292(a)(1), Notice is hereby given that Amy Bricker, a defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the district court's June 5, 2023, order granting Plaintiff Cigna Corporation's Motion for Preliminary Injunction against Defendant Amy Bricker (ECF No. 209), and from all previous rulings and orders that led up to and served as a predicate for the district court's decision on the Motion for Preliminary Injunction, review of each of which is necessary to ensure meaningful review of the district court's June 5, 2023 preliminary injunction, including but not limited to:

ECF No. 29, denying Defendants' Motion to Dismiss for Lack of Jurisdiction;

ECF No. 41, denying Defendants' Renewed Motion to Dismiss for Lack of Jurisdiction;

ECF No. 61 granting Plaintiff Cigna Corporation's Motion for Temporary Restraining Order;

ECF No. 101 denying in part Defendants' Emergency Motion to Compel Discovery; and

ECF No. 151, overruling Defendants' objections to Plaintiff's List of Exhibits to be Admitted into the Record.

Dated: June 16, 2023

Respectfully submitted,

*Counsel for Ms. Bricker*
ARMSTRONG TEASDALE LLP

By: */s/ William Ray Price, Jr.*
William Ray Price, Jr. #29142MO
Jeffrey L. Schultz #56553MO
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621-5070
(314) 621-5065 (fax)
wprice@atllp.com
jschultz@atllp.com

VEDDER PRICE PC

Nicholas Anaclerio (IL# 6187889)
*pro hac vice*
Allison Czerniak (IL# 6319273)
*pro hac vice*
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
(312) 609-7538 (Anaclerio phone)
(312) 609-7626 (Czerniak phone)
nanaclerio@vedderprice.com
aczerniak@vedderprice.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

*/s/ William Ray Price, Jr.*