IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CIGNA CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMY BRICKER and CVS PHARMACY, INC.,<br><br>　　　　Defendants. | No. 4:23-cv-00093-RLW |

## NOTICE OF APPEAL

As permitted by 28 U.S.C. § 1292(a)(1), notice is hereby given that CVS Pharmacy, Inc., a defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order granting Plaintiff Cigna Corporation's Motion for a Preliminary Injunction entered in this action on June 5, 2023, ECF No. 209 (the "Order"), as well as from all adverse rulings related to or which served as a predicate for that Order, including but not limited to:

The order denying Defendant CVS Pharmacy Inc.'s Motion to Participate in Preliminary Injunction Hearing entered on March 29, 2023, ECF No. 136, and the adverse evidentiary rulings prior to and during the hearing on the motion held on March 30, 2023; and

The order granting Plaintiff Cigna Corporation's Motion for Leave to File a Third Amended Complaint entered on February 13, 2023, ECF No. 49.

1

| | |
|---|---|
| Dated: June 16, 2023 | Respectfully submitted, |

*Counsel for CVS Pharmacy, Inc.*

DOWD BENNETT LLP

By: /s/ *John D. Comerford*
John D. Comerford #60164MO
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7311 (phone)
(314) 863-2111 (facsimile)
jcomerford@dowdbennett.com

FOLEY HOAG LLP

By: /s/ *Emily J. Nash*
Michael L. Rosen (BBO# 559954)
*pro hac vice*
Emily J. Nash (BBO# 696460)
*pro hac vice*
Laura D. Gradel (BBO# 692315)
*pro hac vice*
Matthew F. Casassa (BBO# 707012)
*pro hac vice*
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1231 (Rosen phone)
(617) 832-3067 (Nash phone)
(617) 832-1116 (Casassa phone)
mrosen@foleyhoag.com
enash@foleyhoag.com
mcasassa@foleyhoag.com
lgradel@foleyhoag.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ *Emily J. Nash*