## US Court of Appeals - Eighth Circuit
## NOA Supplement

**Caption:**                                                **USCA#:**

| Cigna Corporation v. Bricker et al |

**Case Number:**

| 4:23-CV-00093-RLW |

**Plaintiff:**                                              **Defendant:**

| CIGNA CORPORATION | | CVS PHARMACY, INC. |

**Attorney:**                                               **Attorney:**

| SEE DOCKET SHEET | | SEE DOCKET SHEET |

**Court Reporter(s):**                    Please return files and documents to:

| Linda Nichols |                          | Clerk for Eastern District of Missouri |

Person to contact about the appeal:

| Abby Ojolola at |

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | PAID | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | Yes | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?:  | No |   Where: | |

**Please list all other defendants in this case if there were multiple defendants:**

| |