# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 20, 2023

Mr. John D. Comerford
DOWD & BENNETT
Suite 1900
7676 Forsyth Boulevard
Saint Louis, MO  63105-0000

Ms. Emily J. Nash
FOLEY & HOAG
155 Seaport Boulevard
Boston, MA  02210-2600

Mr. William Ray Price Jr.
ARMSTRONG & TEASDALE
Suite 1800
7700 Forsyth Boulevard
Saint Louis, MO  63105

      RE:  23-2455  Cigna Corporation v. Amy Bricker
           23-2458  Cigna Corporation v. CVS Pharmacy, Inc.

Dear Counsel:

      The district court clerk has transmitted notices of appeal and docket entries in this matter, and we have docketed them under the captions and case numbers shown above. Please include the appropriate caption and case number on all correspondence or pleadings submitted to this court. The court has consolidated the above cases for purpose of the briefing schedule.

      Counsel in the case(s) must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the consolidated cases, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

  Within 14 days of today's date, counsel for appellant(s) must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

  The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief(s) will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

  Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

  If you have any questions about the schedule or procedures for the case, please contact our office.

                    Michael E. Gans
                    Clerk of Court

CJO

Enclosure(s)

cc: Mr. Nicholas Anaclerio
   Ms. Risa B. Boerner
   Mr. Matthew Casassa
   Mr.  Clerk, U.S. District Court, Eastern District of Missouri
   Mr. Allison E. Czerniak
   Ms. Gabrielle A. Giombetti
   Ms. Laura Diss Gradel
   Ms. Molly Manning Lens
   Mr. Scott Daniel Meyers
   Ms. Linda Nichols
   Mr. Michael Rosen
   Mr. Jeffrey L. Schultz
   Mr. Christopher A. Smith
   Mr. Christopher P. Stief
   Ms. Elisa Sullivan
   Mr. Randall Thompson

    District Court/Agency Case Number(s): 4:23-cv-00093-RLW
                           4:23-cv-00093-RLW

**Caption For Case Number:   23-2455**

Cigna Corporation

        Plaintiff - Appellee

v.

Amy Bricker

        Defendant - Appellant

CVS Pharmacy, Inc.

        Defendant

**Caption For Case Number:   23-2458**

Cigna Corporation

        Plaintiff - Appellee

v.

Amy Bricker

        Defendant

CVS Pharmacy, Inc.

        Defendant - Appellant

**Addresses For Case Participants:   23-2455**

Mr. John D. Comerford
DOWD & BENNETT
Suite 1900
7676 Forsyth Boulevard
Saint Louis, MO  63105-0000

Ms. Emily J. Nash
FOLEY & HOAG
155 Seaport Boulevard
Boston, MA  02210-2600

Mr. William Ray Price Jr.
ARMSTRONG & TEASDALE
Suite 1800
7700 Forsyth Boulevard
Saint Louis, MO  63105

Mr. Nicholas Anaclerio
VEDDER & PRICE
Suite 2600
222 N. LaSalle Street
Chicago, IL  60601-0000

Ms. Risa B. Boerner
FISHER & PHILLIPS
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA  19103

Mr. Matthew Casassa
FOLEY & HOAG
155 Seaport Boulevard
Boston, MA  02210-2600

Mr.  Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Mr. Allison E. Czerniak
VEDDER & PRICE
Suite 2600
222 N. LaSalle Street
Chicago, IL  60601-0000

Ms. Gabrielle A. Giombetti
FISHER & PHILLIPS
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA  19103

Ms. Laura Diss Gradel
FOLEY & HOAG
155 Seaport Boulevard
Boston, MA  02210-2600

Ms. Molly Manning Lens
O'MELVENY & MYERS
8th Floor
1999 Avenue of the Stars
Los Angeles, CA  90067-6035

Mr. Scott Daniel Meyers
HUSCH & BLACKWELL
Suite 1500
8001 Forsyth Boulevard
Saint Louis, MO  63105

Ms. Linda Nichols
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Mr. Michael Rosen
FOLEY & HOAG
155 Seaport Boulevard
Boston, MA  02210-2600

Mr. Jeffrey L. Schultz
ARMSTRONG & TEASDALE
Suite 1800
7700 Forsyth Boulevard
Saint Louis, MO  63105

Mr. Christopher A. Smith
HUSCH & BLACKWELL
Suite 1500
8001 Forsyth Boulevard
Saint Louis, MO  63105

Mr. Christopher P. Stief
FISHER & PHILLIPS
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA  19103

Ms. Elisa Sullivan
HUSCH & BLACKWELL
Suite 1500
8001 Forsyth Boulevard
Saint Louis, MO  63105

Mr. Randall Thompson
HUSCH & BLACKWELL
Suite 1500
8001 Forsyth Boulevard
Saint Louis, MO  63105