UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CIGNA CORPORATION, | ) |
| Plaintiff, | ) |
| v. | )  No. 4:23-CV-93 RLW |
| AMY BRICKER, et al. | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the Order Setting Rule 16 Conference, dated June 12, 2023, is **VACATED**. (ECF No. 213).

**IT FURTHER ORDERED** that all activity and pending deadlines in this case are **STAYED** until such time as the United States Court of Appeals for the Eighth Circuit renders a decision regarding the defendants' appeal.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this  26th   day of June, 2023.