# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2455

Cigna Corporation

Appellee

v.

Amy Bricker

Appellant

CVS Pharmacy, Inc.

No: 23-2458

Cigna Corporation

Appellee

v.

Amy Bricker

CVS Pharmacy, Inc.

Appellant

---

Appeals from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-00093-RLW)

---

**ORDER**

Appellants' motions to expedite these appeals have been considered by the court, and the motions are denied. The parties shall observe the consolidated briefing schedule previously established for the appeals.

July 07, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
              /s/ Michael E. Gans