UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CIGNA CORPORATION, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:23-CV-00093-RLW |
| | ) |
| AMY BRICKER, et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

**ORDER**

Pursuant to the order of recusal by the Honorable Ronnie L. White on December 5, 2023,

**IT IS HEREBY ORDERED** that the above styled cause is reassigned to the Honorable

Sarah E. Pitlyk.

December 5, 2023
Date

*Gregory J. Linhares*                /
Clerk of Court

By:   /s/ Kinica Davis          /
KINICA DAVIS
Deputy Clerk

**In all future documents filed with the Court, please use the following case number:
4:23-CV-00093-SEP**