# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  23-2455
_____

Cigna Corporation

    Plaintiff - Appellee

v.

Amy Bricker

    Defendant - Appellant

CVS Pharmacy, Inc.

    Defendant

_____

No:  23-2458
_____

Cigna Corporation

    Plaintiff - Appellee

v.

Amy Bricker

    Defendant

CVS Pharmacy, Inc.

    Defendant - Appellant

------

Appeals from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-00093-RLW)

------

**JUDGMENT**

Before Chief Judge SMITH, GRUENDER and GRASZ, Circuit Judges.

      This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

      After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

                                                                   June 05, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Maureen W. Gornik