# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2455

Cigna Corporation

Appellee

v.

Amy Bricker

Appellant

CVS Pharmacy, Inc.

No: 23-2458

Cigna Corporation

Appellee

v.

Amy Bricker

CVS Pharmacy, Inc.

Appellant

---

Appeals from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-00093-RLW)

---

**MANDATE**

In accordance with the opinion and judgment of June 5, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 26, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit