THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CIGNA CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>AMY BRICKER and CVS PHARMACY, INC.,<br><br>      Defendants. | No. 4:23-cv-00093 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please note the withdrawal of the appearance of Matthew F. Casassa for defendant CVS Pharmacy, Inc. ("CVS"). CVS will continue to be represented by counsel of record from Foley Hoag LLP, Dowd Bennett LLP, and O'Melveny & Myers LLP.

Dated:  July 10, 2024

Respectfully submitted,

 */s/ Matthew F. Casassa*
Matthew Casassa (BBO # 707012)
*pro hac vice*
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1116
mcasassa@foleyhoag.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 10, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

      */s/ Matthew F. Casassa*
      Matthew F. Casassa