IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CIGNA CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>AMY BRICKER and CVS PHARMACY, INC.,<br><br>   Defendants. | No. Case No. 4:23-cv-00093-SEP |

**JOINT MOTION FOR ENTRY OF AGREED MODIFIED
PRELIMINARY INJUNCTION ORDER AND TO CONTINUE
HEARING TO BE RESET AS A RULE 16 CONFERENCE**

Pursuant to this Court's December 20, 2024 Docket Text Order (ECF No. 238), Plaintiff Cigna Corporation and ("Plaintiff") and Defendants Amy Bricker ("Ms. Bricker") and CVS Pharmacy, Inc. ("CVS") (sometimes, collectively, "Defendants") jointly submit the attached Agreed Modified Preliminary Injunction Order for entry by the Court.

Because the attached Agreed Modified Preliminary Injunction Order resolves Defendants' Motion to Clarify and/or to Amend Preliminary Injunction Order (ECF No. 231), the Parties respectfully request that the hearing on the motion, which was set for this Friday, January 10, 2025, at 3:00 pm, be continued to a later date subject to resetting as a Rule 16 conference for the purpose of entering a schedule for the proceedings in this action.

WHEREFORE, Plaintiff and Defendants jointly move this Court for the entry of the attached Agreed Modified Preliminary Injunction Order, to continue the hearing that was set for January 10 2025, reset this matter for a Rule 16 conference, and grant such additional relief as the Court deems fair, just and equitable in the circumstances.

1

Dated: January 8, 2025                                          Respectfully submitted,

| | |
|---|---|
| *Counsel for Ms. Bricker* <br> ARMSTRONG TEASDALE LLP <br><br> By: /s/ *Jeffrey L. Schultz* <br> William Ray Price, Jr. #29142MO <br> Jeffrey L. Schultz #56553MO <br> ARMSTRONG TEASDALE LLP <br> 7700 Forsyth Blvd., Suite 1800 <br> St. Louis, Missouri 63105 <br> (314) 621-5070 <br> (314) 621-5065 (fax) <br> wprice@atllp.com <br> jschultz@atllp.com | *Counsel for CVS* <br> DOWD BENNETT LLP <br><br> By: /s/ *John D. Comerford* <br> John D. Comerford #60164MO <br> 7676 Forsyth Blvd., Suite 1900 <br> St. Louis, Missouri 63105 <br> (314) 889-7311 (phone) <br> (314) 863-2111 (facsimile) <br> jcomerford@dowdbennett.com |
| VEDDER PRICE PC <br><br> Nicholas Anaclerio (IL# 6187889) <br> *pro hac vice* <br> Allison Czerniak (IL# 6319273) <br> *pro hac vice* <br> 222 North LaSalle Street, Suite 2600 <br> Chicago, Illinois 60601-1003 <br> (312) 609-7538 (Anaclerio phone) <br> (312) 609-7626 (Czerniak phone) <br> nanaclerio@vedderprice.com <br> aczerniak@vedderprice.com | FOLEY HOAG LLP <br><br> Michael L. Rosen (BBO# 559954) <br> *pro hac vice* <br> Emily J. Nash (BBO# 696460) <br> *pro hac vice* <br> Laura D. Gradel (BBO# 692315) <br> *pro hac vice* <br> 155 Seaport Boulevard <br> Boston, MA 02210 <br> (617) 832-1231 (Rosen phone) <br> (617) 832-3067 (Nash phone) <br> (617) 832-1784 (Gradel phone) <br> mrosen@foleyhoag.com <br> enash@foleyhoag.com <br> lgradel@foleyhoag.com |
| *Counsel for Cigna Corporation* <br> HUSCH BLACKWELL LLP <br><br> By: /s/ *Randy Thompson* <br> Christopher Smith (53266MO) <br> Randall Thompson (45581MO) <br> Scott Meyers (68266MO) <br> Elisa Sullivan (74858MO) <br> 8001 Forsyth Blvd, Suite 1500 <br> Clayton, Missouri 63105 <br> (314) 3456453 (phone) <br> Randall.thompson@huschblackwell.com | |

Chris.smith@huschblackwell.com
Scott.Meyers@huschblackwell.com
Eli.sullivan@huschblackwell.com

FISHER & PHILLIPS LLP

Christopher Stief (PA #72505) *pro hac vice*
Risa Boerner (PA #76427) *pro hac vice*
100 N. 18th Street, 12th Floor
Philadelphia PA 19103
(610-230-2132 (phone)
cstief@fisherphillips.com
rboerner@fisherphillips.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2025 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

                                              */s/ Jeffrey Schultz*