UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CIGNA CORPORATION,  ) | |
| ) | |
| Plaintiff(s),  ) | |
| ) | |
| v.  ) | No. 4:23-CV-00093-SEP |
| ) | |
| AMY BRICKER, et al.,  ) | |
| ) | |
| Defendant(s).  ) | |
| ) | |

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

#### Option 1

[XX]   The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: __5/30/25__. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

#### Option 2

[ ]   An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties  [ ☐ did   ☐ did not]  achieve a settlement. ***Check one***

#### Option 3

[ ]   Although this case was referred to ADR, a conference WAS NOT HELD.

Date: __4/15/25__          Neutral: __s/ Stephen C. Williams__

WILLIAMS, STEPHEN C.
Signature