# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CIGNA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-00093-SEP |
| | ) |
| AMY BRICKER and | ) |
| CVS PHARMACY, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please note the withdrawal of the appearance of Laura D. Gradel for defendant CVS Pharmacy, Inc. ("CVS"). CVS will continue to be represented by counsel of record from Foley Hoag LLP, Armstrong Teasdale LLP, Dowd Bennett LLP, and O'Melveny & Myers LLP.


Dated: May 13, 2025

Respectfully submitted,

*Counsel for CVS Pharmacy, Inc.*
**FOLEY HOAG LLP**

By:  /s/ *Laura D. Gradel*
Michael L. Rosen (BBO# 559954)
Emily J. Nash (BBO# 696460)
Laura D. Gradel (BBO# 692315)
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1231 (Rosen phone)
(617) 832-3067 (Nash phone)
(617) 832-1784 (Gradel phone)
mrosen@foleyhoag.com
enash@foleyhoag.com
lgradel@foleyhoag.com

**DOWD BENNETT LLP**

John D. Comerford #60164MO
jcomerford@dowdbennett.com
7733 Forsyth Blvd., Ste. 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111
jcomerford@dowdbennett.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 13th day of May, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court to be served by operation of the Court's electronic filing system on all attorneys of record.

*/s/ John D. Comerford*