UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CIGNA CORPORATION,           )
                             )
    Plaintiff(s),            )
                             )
v.                           )   No. 4:23-CV-00093-SEP
                             )
AMY BRICKER, et al.,         )
                             )
    Defendant(s).            )
                             )

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: __5/30/25__. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

### Option 2

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on __5/30/25    Case settled before scheduled mediation__.
The parties [XX did  ☐ did not] achieve a settlement. ***Check one***

### Option 3

[XX] Although this case was referred to ADR, a conference WAS NOT HELD.  - Case settled before scheduled mediation.

Date: __6/9/25__     Neutral: __s/ Stephen C. Williams__

WILLIAMS, STEPHEN C.
Signature