# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CIGNA CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMY BRICKER and CVS PHARMACY, INC.,<br><br>　　　　Defendants. | No. 4:23-cv-00093-SEP |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) plaintiff, Cigna Corporation, and defendants, Amy Bricker and CVS Pharmacy, Inc., stipulate that this action be voluntarily dismissed with prejudice and without costs or attorneys' fees to any party.

***[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]***

| | |
|---|---|
| Dated: June 17, 2025 | Respectfully Submitted, |

*Counsel for Ms. Bricker*  
ARMSTRONG TEASDALE LLP

By: */s/ Jeffrey L. Schultz*  
William Ray Price, Jr. #29142MO  
Jeffrey L. Schultz #56553MO  
ARMSTRONG TEASDALE LLP  
7700 Forsyth Blvd., Suite 1800  
St. Louis, Missouri 63105  
(314) 621-5070  
wprice@atllp.com  
jschultz@atllp.com

VEDDER PRICE PC

Nicholas Anaclerio (IL# 6187889)  
*pro hac vice*  
Allison Czerniak (IL# 6319273)  
*pro hac vice*  
222 North LaSalle Street, Suite 2600  
Chicago, Illinois 60601-1003  
(312) 609-7538 (Anaclerio phone)  
(312) 609-7626 (Czerniak phone)  
nanaclerio@vedderprice.com  
aczerniak@vedderprice.com

*Counsel for CVS*  
DOWD BENNETT LLP

By: */s/ John D. Comerford*  
John D. Comerford #60164MO  
7676 Forsyth Blvd., Suite 1900  
St. Louis, Missouri 63105  
(314) 889-7311 (phone)  
jcomerford@dowdbennett.com

FOLEY HOAG LLP

Michael L. Rosen (BBO# 559954)  
*pro hac vice*  
Emily J. Nash (BBO# 696460)  
*pro hac vice*  
Laura D. Gradel (BBO# 692315)  
*pro hac vice*  
155 Seaport Boulevard  
Boston, MA 02210  
(617) 832-1231 (Rosen phone)  
(617) 832-3067 (Nash phone)  
(617) 832-1784 (Gradel phone)  
mrosen@foleyhoag.com  
enash@foleyhoag.com  
lgradel@foleyhoag.com

*Counsel for Cigna Corporation*

HUSCH BLACKWELL LLP

By: */s/ Randy Thompson*
Christopher Smith (53266MO)
Randall Thompson (45581MO)
Scott Meyers (68266MO)
Elisa Sullivan (74858MO)
8001 Forsyth Blvd, Suite 1500
Clayton, Missouri 63105
(314) 345-6453 (phone)
Randall.thompson@huschblackwell.com
Chris.smith@huschblackwell.com
Scott.Meyers@huschblackwell.com
Eli.sullivan@huschblackwell.com

FISHER & PHILLIPS LLP

Christopher Stief (PA #72505)
*pro hac vice*
Risa Boerner (PA #76427)
*pro hac vice*
100 N. 18th Street, 12th Floor
Philadelphia PA 19103
(610) 230-2132 (phone)
cstief@fisherphillips.com
rboerner@fisherphillips.com